1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

TRIA BEAUTY, INC.,

11              Plaintiff,                     No. C 10-05053 WHA

12     v.

13                                            **COURT REQUEST FOR INFORMATION**
                                              **IN RESPONSE TO JOINT REQUEST**
OREGON AESTHETIC                              **FOR CONTINUANCE**
14     TECHNOLOGIES, INC.,

15              Defendant.
                                    /

16

17          There is a circularity in this situation.  Originally, this action was stayed in favor of the

18     Oregon court deciding the same dispute.  Now, however, it appears that the Oregon court has

19     stayed its action pending FDA action, at least up to September 30, 2012.  To complicate matters,

20     counsel report there is a written settlement agreement in this very action.  Why, then, can't this

21     action be closed completely?  Please answer by **NOON ON DECEMBER 12, 2011**.  For the time

22     being, the matter will remain on calendar for December 15.

23          **IT IS SO ORDERED.**

24

25     Dated:  December 8, 2011.

26                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE

27

28

*United States District Court*

For the Northern District of California