**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RALPH A. ZAPPALA, SB# 102052
  E-Mail: zappala@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant OREGON AESTHETIC TECHNOLOGIES, INC.

**ROPES & GRAY LLP**
Peter M. Brody (Pro Hac Vice)
  E-mail: Peter.Brody@ropesgray.com
700 12th Street, N.W., Suite 900
Washington, DC 20005-3948
Tel: (202) 508-4612
Fax: (202) 383-7777

Attorneys for Plaintiff
TRIA BEAUTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRIA BEAUTY, INC.,<br><br>      Plaintiff,<br><br>  vs.<br><br>OREGON AESTHETIC TECHNOLOGIES, INC.,<br><br>      Defendant. | CASE NO. C-10-05053-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER THE ACTION**<br><br>Trial Date:   None Set |

      Plaintiff TRIA BEAUTY, INC. ("TRIA") and Defendant OREGON AESTHETIC TECHNOLOGIES, INC. ("OAT") stipulate and agree to the transfer of this action to the United States District Court, District of Oregon, Portland Division, Case No. 10-cv-1362-JE.

DATED: December 12, 2011            LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /S/
Ralph A. Zappala
Attorneys for Defendant OREGON
AESTHETIC TECHNOLOGIES, INC.

DATED: December 12, 2011            ROPES & GRAY LLP

By: /S/
Peter Brody
Attorneys for Plaintiff TRIA BEAUTY, INC.

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Ralph A. Zappala, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 12, 2011, in San Francisco, California.

/s/
Ralph A. Zappala

**IT SO ORDERED**

DATED: December 12, 2011            By: _____
District Judge William   Alsup